# United States Bankruptcy Court
## Northern District of California

In re: **Doug Michael Ortega, Michele Terese Ortega**  
Debtor(s)

Case No.  
Chapter **7**

## STATEMENT RE PAYMENT ADVICES

☐ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

■ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **August 13, 2008**  Signature **/s/ Doug Michael Ortega**  
**Doug Michael Ortega**  
Debtor

Date **August 13, 2008**  Signature **/s/ Michele Terese Ortega**  
**Michele Terese Ortega**  
Joint Debtor

Date **August 13, 2008**  Signature **/s/ Vahid Naziri**  
**Vahid Naziri**  
Attorney

| PIERCEY TOYOTA<br>950 THOMPSON ST.<br>MILPITAS, CA 95035<br>(408) 240-1400 | EMPLOYEE NAME<br>DOUGLAS ORTEGA | | | SOCIAL SECURITY NO. | EMPLOYEE NO.<br>859 | CHECK NO.<br>73681 |
|---|---|---|---|---|---|---|
| | DIVISION | DEPARTMENT | | PERIOD BEGINNING<br>06/16/08 | PERIOD ENDING<br>06/20/08 | CHECK DATE<br>06/20/08 |
| | 1 | S7003 | | | | |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR | 19.25 | 26.610 | 512.24 | 9,619.52 | FEDERAL M-3 | 0.00 | 800.25 |
| OVERTIME | | | 0.00 | 129.73 | OASDI | 31.76 | 660.15 |
| HOLIDAY | | | 0.00 | 266.10 | MEDICARE | 7.43 | 154.39 |
| SCHOOL | | | 0.00 | 532.20 | STATE-CA M-3 | 0.00 | 145.48 |
| 401K SUP PAY | | | 0.00 | 100.00 | SDI | 4.10 | 85.18 |
| TOTAL PAY | 19.25 | | 512.24 | 10,647.55 | | | |

NET PAY              468.95        8,802.10

## FOLD AND REMOVE

### YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 1259.27 | 09125663 |
| DIR DEP #2 | 155.64 | 7554256177 |

### EMPLOYER INFORMATION

CONSERVATION EARTH INC
WILDLIFE ASSOCIATES
P.O. BOX 3098
HALF MOON BAY, CA 94019-3098

PAY PERIOD 07/19/08 TO 08/01/08
CHECK DATE 08/01/08   CHECK # 1240

### PERSONAL INFORMATION

MICHELE T. DURANT
40 WURR ROAD
LOMA MAR CA 94021

SS# XXX-XX-7490 EMPL# 000006 DEPT# 000100

### EARNINGS

| | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 1923.08 | |
| TOTAL EARNINGS | | | 1923.08 | 30769.28 |

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 119.23 | 1907.68 |
| | MEDICARE | 27.88 | 446.08 |
| M 02 | FEDERAL | 153.27 | 2452.32 |
| S 01 | CA | 67.41 | 1078.56 |
| | OBL | 15.38 | 246.08 |
| TOTAL WITHHOLDINGS | | 383.17 | 6130.72 |

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|
| 403B | 125.00 - | 2000.00 - |
| DIR DEP #2 | 155.64 - | 2334.60 - |
| TOTAL ADJUSTMENTS | 280.64- | |

| NET PAY | 1259.27 | 20303.96 |
|---|---|---|

Payrolls by Paychex, Inc.
0084 9429 0003   000100

Case: 08-31503   Doc# 5   Filed: 08/13/08   Entered: 08/13/08 15:17:33   Page 3 of 7

## YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 1414.91 | 09125663 |

## EMPLOYER INFORMATION

CONSERVATION EARTH INC
WILDLIFE ASSOCIATES
P.O. BOX 3098
HALF MOON BAY, CA 94019-3098

PAY PERIOD 07/05/08 TO 07/18/08
CHECK DATE 07/18/08   CHECK # 1232

## PERSONAL INFORMATION

MICHELE T DURANT
40 WURR ROAD
LOMA MAR CA 94021

SS# XXX-XX-7490   EMPL# 000006   DEPT# 000100

Payrolls by Paychex, Inc.
0084 9429 0003   000100

## EARNINGS

| | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 1923.08 | |
| TOTAL EARNINGS | | | 1923.08 | 28846.20 |

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 119.23 | 1788.45 |
| M 02 | MEDICARE | 27.88 | 418.20 |
| S 01 | FEDERAL | 153.27 | 2299.05 |
| | CA | 67.41 | 1011.15 |
| | DBL | 15.38 | 230.70 |

TOTAL WITHHOLDINGS   -383.17   5747.55

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|
| 4038 DIR DEP #2 | 125.00- | 1875.00- 2178.96- |

TOTAL ADJUSTMENTS   125.00-

NET PAY   1414.91   19044.69

## YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 1259.27 | 0503866683 |
| DIR DEP #2 | 155.64 | 7554256177 |

## EMPLOYER INFORMATION

CONSERVATION EARTH INC
WILDLIFE ASSOCIATES
P.O. BOX 3098
HALF MOON BAY, CA 94019-3098

PAY PERIOD 06/21/08 TO 07/04/08
CHECK DATE 07/03/08   CHECK # 1225

## PERSONAL INFORMATION

MICHELE T DURANT
40 WURR ROAD
LOMA MAR CA 94021

SS# XXX-XX-7490 EMPL# 000006 DEPT# 000100

tyrolls by Paychex, Inc.
0084 9429 0003  000100

## EARNINGS

| | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 1923.08 | |

TOTAL EARNINGS         1923.08    26923.12

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| M 02 | SOC SEC | 119.23 | 1669.22 |
| S 01 | MEDICARE | 27.88 | 390.32 |
| | FEDERAL | 153.27 | 2145.78 |
| | CA | 67.41 | 943.74 |
| | DBL | 15.38 | 215.32 |

TOTAL WITHHOLDINGS     383.17    5364.39

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|
| 403B | 125.00 - | 1750.00 - |
| DIR DEP #2 | 155.64 - | 2178.96 - |

TOTAL ADJUSTMENTS      280.64 -

NET PAY                1259.27   17629.78

## CONSERVATION EARTH INC
WILDLIFE ASSOCIATES
P.O. BOX 3098
HALF MOON BAY, CA 94019-3098

94429-000100
90-0118
1211

| DATE | CHECK NO. |
|---|---|
| 06/20/2008 | 1218 |

PAY TO THE ORDER OF:
MICHELE T DURANT
40 WURR ROAD
LOMA MAR CA 94021

**VOID**

AMOUNT

FIRST NATIONAL BANK

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

DEPOSIT ACCOUNT: 0503866683
DEPOSIT AMOUNT: *****1259.27

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

### YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 1259.27 | 0503866683 |
| DIR DEP #2 | 155.64 | 7554256177 |

### EARNINGS

| | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 1923.08 | |

TOTAL EARNINGS     1923.08     25000.04

### EMPLOYER INFORMATION
CONSERVATION EARTH INC
WILDLIFE ASSOCIATES
P.O. BOX 3098
HALF MOON BAY, CA 94019-3098

PAY PERIOD 06/07/08 TO 06/20/08
CHECK DATE 06/20/08   CHECK # 1218

### FILING STATUS

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| M 02 | SOC SEC | 119.23 | 1549.99 |
| | MEDICARE | 27.88 | 362.44 |
| | FEDERAL | 153.27 | 1992.51 |
| S 01 | CA | 67.41 | 876.33 |
| | DBL | 15.38 | 199.94 |

TOTAL WITHHOLDINGS     383.17     4981.21

### PERSONAL INFORMATION
MICHELE T DURANT
40 WURR ROAD
LOMA MAR CA 94021

SS# XXX-XX-7490  EMPL# 000006  DEPT# 000100

### ADJUSTMENTS

| | AMOUNT | YTD AMOUNT |
|---|---|---|
| 403B | 125.00 - | 1625.00 - |
| DIR DEP #2 | 155.64 - | 2023.32 - |

TOTAL ADJUSTMENTS     280.64-

CONSERVATION EARTH INC
WILDLIFE ASSOCIATES
P.O. BOX 3098
HALF MOON BAY, CA 94019-3098

| | | |
|---|---|---|
| | DATE | CHECK NO. |
| | 06/06/2008 | 1211 |

PAY TO THE ORDER OF

MICHELE T DURANT
40 WURR ROAD
LOMA MAR CA 94021

**VOID**

**Non Negotiable**

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

FIRST NATIONAL BANK

DEPOSIT ACCOUNT 0503866683
DEPOSIT AMOUNT *****1259.27

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

### YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 1259.27 | 0503866683 |
| DIR DEP #2 | 155.64 | 7554256177 |

### EARNINGS

| | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 1923.08 | |

| TOTAL EARNINGS | 1923.08 | 23076.96 |
|---|---|---|

### EMPLOYER INFORMATION

CONSERVATION EARTH INC
WILDLIFE ASSOCIATES
P.O. BOX 3098
HALF MOON BAY, CA 94019-3098

PAY PERIOD 05/24/08 TO 06/06/08
CHECK DATE 06/06/08  CHECK # 1211

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 119.23 | 1430.76 |
| M 02 | MEDICARE | 27.88 | 334.56 |
| S 01 | FEDERAL | 153.27 | 1839.24 |
| | CA | 67.41 | 808.92 |
| | DBL | 15.38 | 184.56 |

| TOTAL WITHHOLDINGS | 383.17 | 4598.04 |
|---|---|---|

### PERSONAL INFORMATION

MICHELE T DURANT
40 WURR ROAD
LOMA MAR CA 94021

SS# XXX-XX-7490  EMPL# 000006  DEPT# 000100

### ADJUSTMENTS

| | AMOUNT | YTD AMOUNT |
|---|---|---|
| 403B | 125.00 - | 1500.00 - |
| DIR DEP #2 | 155.64 - | 1867.68 - |

| TOTAL ADJUSTMENTS | 280.64- |
|---|---|