**United States Bankruptcy Court**
**Northern District of California**

In re  Doug Michael Ortega
      Michele Terese Ortega                                    Case No.  08-31503
                                    Debtor(s)                  Chapter   7

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Doug Michael Ortega__, the debtor in the above-styled case, hereby certify that on __09/07/08__, I completed an instructional course in personal financial management provided by __Money Management International, LLC.__, an approved personal financial management provider.

Certificate No. (if any): __03088-CAN-DE-004848697__.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
    ☐ Active military duty in a military combat zone; or
    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  /s/ Doug Michael Ortega
                     Doug Michael Ortega

Date:  September 8, 2008

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 03088-CAN-DE-004848697

Bankruptcy Case Number: 08-31503

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 7, 2008, at 3:39 o'clock PM CDT, Douglas M Ortega completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: September 7, 2008

By /s/Ricky Chapman

Name Ricky Chapman

Title Counselor

B23 (Official Form 23) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re  Doug Michael Ortega
       Michele Terese Ortega
                                                      Case No.  08-31503
                                     Debtor(s)        Chapter   7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Michele Terese Ortega__, the debtor in the above-styled case, hereby certify that on __09/07/08__, I completed an instructional course in personal financial management provided by __Money Management International, LLC.__, an approved personal financial management provider.

Certificate No. (if any): __03088-CAN-DE-004848698__.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  /s/ Michele Terese Ortega
                      Michele Terese Ortega

Date:  September 8, 2008

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 03088-CAN-DE-004848698

Bankruptcy Case Number: 08-31503

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 7, 2008, at 3:39 o'clock PM CDT, Michele T Durant Ortega completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: September 7, 2008

By /s/Ricky Chapman

Name Ricky Chapman

Title Counselor