VAHID NAZIRI – State Bar No. 213462
**NAZIRI LAW GROUP**
6320 Canoga Ave. Suite 790-E
Woodland Hills, CA 91367
Telephone: (818) 888-6614
Facsimile: (818) 888-6615

Attorneys for Debtor(s), Doug & Michele Ortega

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 08-31503 |
| DOUG AND MICHELE ORTEGA, an | Chapter 7 |
| Debtor(s) | **NOTICE OF CHANGE OF ADDRESS** |
| SSN XXX-XX- 8192;XXX-XX- 7490 | [No Hearing Necessary] |

**TO THE COURT, ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective **November 1st, 2008**, NAZIRI LAW GROUP, attorneys for Doug & Michele Ortega, will relocate its offices to: **6320 Canoga Ave. Suite 790-E Woodland Hills, Ca. 91367. All Phone and fax numbers will remain the same.**

All e-mail addresses at the firm will remain the same.

DATED:    October 7, 2008        **NAZIRI LAW GROUP**

By: _____
Vahid Naziri
Attorney for Debtor(s)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Naziri Law Group, located at 6355 Topanga Canyon Blvd. # 419 Woodland Hills, Ca. 91367, Telephone: (818) 888-6614, Facsimile: (818) 888-6615.

On October 7th, 2008, I electronically filed the foregoing document: NOTICE OF CHANGE OF ADDRESS, with the Clerk of this Court using the CM/ECF system, which will send a Notice of Electronic Filing to all those participants have accepted the CM/ECF Full Attorney Filing Privileges Agreement and are linked to this case. I further certify that I served the foregoing document on the following non-CM/ECF participants, as follows:

### SEE ATTACHED SERVICE LIST

☒ (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on October 7th, 2008, at Woodland Hills, California.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed October 7th, 2008 at Woodland Hills, California.

☐ (By Facsimile) I caused said document to be sent via facsimile. Executed on October 7th, 2008 at Woodland Hills, California.

☐ (By Federal Express/Express Mail) I caused said document to be sent via Federal Express / Express Mail for next business day delivery. Executed on October 7th, 2008 at Woodland Hills, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

Liliana Larios

**SERVICE LIST**

*In re Doug & Michele Ortega*; Case No. 08-31503

| **Office of the United States Trustee**<br>United States Trustee<br>235 Pine St. Suit 700,<br>San Francisco, CA. 94104 | **Chapter 7 Trustee**<br>Janina M. Elder<br>P.O. Box 158<br>Middletown, CA 95461 |
|---|---|
| **Debtor(s)**<br>Doug & Michele Ortega<br>40 Wurr Rd.<br>Loma Mar, CA 94021 | **U.S Bankruptcy Court**<br>U.S. Bankruptcy Court Central District<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |
| | |